## LODESTAR TOTAL
(as of January 26, 2018)

| Law Firm | Lodestar |
|---|---|
| Finney Law Firm | $326,559.00 |
| Goldenberg Schneider | $455,352.50 |
| Markovits, Stock & DeMarco | $947,001.00 |
| **Total:** | **$1,728,912.50** |

| Law Firm | Hours |
|---|---|
| Finney Law Firm | 817.64 |
| Goldenberg Schneider | 964.5 |
| Markovits, Stock & DeMarco | 1,536.0 |
| **Total:** | **3,318.14** |

# EXPENSE TOTAL
(as of January 26, 2018)

| **Law Firm** | **Lodestar** |
|---|---|
| Finney Law Firm | $1,938.17 |
| Goldenberg Schneider | $12,145.33 |
| Markovits, Stock & DeMarco | $36,823.87 |
| | |
| **Total:** | **$50,907.37** |