**MARKOVITS STOCK DEMARCO, LLC**
*Linneman, et al. v Vitamix Corporation*
*Time and Expenses 01/26/2018*

**Time:**

| Markovits Stock DeMarco LLC | | Hourly Rate | Total Hours | Lodestar |
|---|---|---|---|---|
| W. B. Markovits | (A) | $700 | 737.20 | $516,040.00 |
| Paul De Marco | (A) | $700 | 246.20 | $172,340.00 |
| Louise Roselle | (A) | $700 | 3.50 | $2,450.00 |
| Christopher Stock | (A) | $650 | 104.10 | $67,665.00 |
| Terence R. Coates | (A) | $530 | 153.20 | $81,196.00 |
| Terence R. Coates | (A) | $450 | 9.70 | $4,365.00 |
| Jennifer Morales | (A) | $530 | 57.50 | $30,475.00 |
| Andy Biller | (A) | $450 | 36.20 | $16,290.00 |
| Andy Biller | (A) | $400 | 51.60 | $20,640.00 |
| Eric Kmetz | (A) | $350 | 63.70 | $22,295.00 |
| Zach Schaengold | (A) | $350 | 11.40 | $3,990.00 |
| Paralegal | (PL) | $150 | 61.70 | $9,255.00 |
| | **TOTAL** | | **1,536.00** | **$947,001.00** |

**Expenses:**

| Westlaw/ Pacer | Postage | Court Reporter\ Deposition | Filing Fee | Website/ Media Stew | Travel | TOTAL |
|---|---|---|---|---|---|---|
| 370.48 | 40.47 | 21,312.46 | 400.00 | 11,647.60 | 3,052.86 | **$36,823.87** |

**TOTAL LODESTAR & EXPENSES:        $983,824.87**

**FINNEY LAW FIRM, LLC**
*Linneman, et al. v Vitamix Corporation*
*Time and Expenses 01/26/2018*

**Time:**

| Finney Law Firm LLC | Hourly Rate | Total Hours | Lodestar |
|---|---|---|---|
| Justin C. Walker (A) | $425 | 741.14 | $314,984.50 |
| Christopher P. Finney (A) | $465 | 1.40 | $651.00 |
| Christopher P. Finney (A) | $425 | 4.70 | $1,997.50 |
| Julie M. Gugino (A) | $280 | .20 | $56.00 |
| Brian C. Shrive (A) | $220 | 2.60 | $572.00 |
| Brian C. Shrive (A) | $210 | .20 | $42.00 |
| W.Z. Dylan Sizemore (A) | $200 | 5.20 | $1,040.00 |
| W.Z. Dylan Sizemore (A) | $185 | 3.60 | $666.00 |
| Laura M. Linneman (PL) | $135 | 6.00 | $810.00 |
| Laura M. Linneman (PL) | $120 | 13.60 | $1,632.00 |
| Laura M. Linneman (PL) | $110 | 20.80 | $2,288.00 |
| Casey A. Taylor (LC) | $100 | 18.20 | $1,820.00 |
| **TOTAL** | | **817.64** | **$326,559.00** |

**Expenses:**

| Pacer | Westlaw | Lexis Research | Parking and Travel | Hotel | Invoice (Vitamix Blender) | TOTAL |
|---|---|---|---|---|---|---|
| 37.90 | 257.18 | 37.50 | 857.95 | 281.25 | 466.39 | **$1,938.17** |

**TOTAL LODESTAR & EXPENSES:     $328,497.17**

**GOLDENBERG SCHNEIDER, LPA**
*Linneman, et al. v Vitamix Corporation*
*Time and Expenses 01/26/2018*

**Time:**

| Goldenberg Schneider, LPA | Hourly Rate | Total Hours | Lodestar |
|---|---|---|---|
| Jeffrey S. Goldengberg (A) | $595 | 516.00 | $307,020.00 |
| Todd B. Naylor (A) | $550 | 93.10 | $51,205.00 |
| Robert B. Sherwood (A) | $475 | 142.90 | $67,877.50 |
| Stephanie Vaaler (PL) | $150 | 160.00 | $24,000.00 |
| Cheryl Pence (LA) | $100 | 52.50 | $5,250.00 |
| **TOTAL** | | **964.50** | **$455,352.50** |

**Expenses:**

| Phone/ Conf. | Postage/ Overnight | Process Server | Copies | Research | Locate Plus | Travel | Court Reporter | Vita-Mix Appliances | SEA Retainer | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| $186.67 | $819.06 | $1,502.49 | $901.11 | $966.85 | $64.00 | $2,292.01 | $454.60 | $2,458.54 | $2,500.00 | **$12,145.33** |

**TOTAL LODESTAR & EXPENSES:**     $467,497.83