**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| VICKI LINNEMAN, *et al.*, On Behalf of Themselves and all Others Similarly Situated, : : : | CASE NO. 1:15-cv-748 |
| Plaintiffs, : : | Judge Susan J. Dlott |
| v. : : | Magistrate Judge Stephanie K. Bowman |
| VITA-MIX CORPORATION, *et al.*, : : | |
| Defendants. : | |

**DECLARATION OF OBADIAH N. RITCHEY IN SUPPORT OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND MOTION FOR ATTORNEYS' FEES, COSTS AND CLASS RESPRESENTATIVE SERVICE AWARDS**

I, Obadiah N. Ritchey, declare under penalty of perjury and pursuant to 28 U.S.C. 1746:

1. My name is Obadiah N. Ritchey. I am over the age of 18 years old and competent to give this declaration.

2. I am a Plaintiff and Class Representative in the above captioned matter. Since this case was filed, I have at all times acted in the best interest of the Class members and vigorously prosecuted this litigation through my attorneys, the law firms of Markovits, Stock & DeMarco, LLC, Finney Law Firm, LLC, and Goldenberg Schneider, LPA.

3. As the Class Representative I vigorously prosecuted this action to maximize recovery for the Class. I have remained in close contact with my attorneys in order to fully execute my responsibilities. I met with and consulted with my attorneys prior to the filing of this case, carefully reviewed court filings including the complaint, participated in calls and communications with my attorneys, prepared for and attended my deposition, participated and

assisted in responding to interrogatory and document request questions and responses, and reviewed and approved the settlement proposals with my attorneys.

4. In all instances, I approved the actions taken by my attorneys after ensuring that I was both fully informed and that the decision was in the best interests of the Class.

5. During each and every step of this litigation, up to the signing of this declaration, I have communicated with and monitored the performance of my attorneys. I believe my attorneys have fully and vigorously prosecuted this action, on my behalf and on behalf of the Class.

6. In representing the interest of the Class prior to and since this case was filed, I have had numerous conferences and communications with one or more of my attorneys, including discussions related to the terms for which my attorneys agreed to represent me, the claims in this action, the litigation process, the risks of the case, the settlement negotiations and the settlement.

7. It is my understanding that my attorneys agreed to represent me on a fully contingent basis, including advancing all costs and expenses and that my attorneys would only be paid and reimbursed for their expenses and costs if they achieved a successful result for the Class.

8. I believe the settlement is fair, reasonable, and adequate and is in the best interest of the Class, as it provides for meaningful relief to the Class. I believe it is very important that Vitamix customers be informed about the flecking problem, and this Settlement accomplishes that. Even more, the Settlement offers every Class Member the solution to the flecking problem – a new blade assembly.

9. I fully support my attorneys' request for the payment of $7,188,846.25 for attorneys' fees, full reimbursement of the costs and expenses advanced by my attorneys which I understand total $50,907.37, and a contribution award of $3,000 to each of the Class Representatives. I believe these payments to be fair and reasonable especially given the meaningful settlement achieved and in light of the contingent nature of the representation, as well as the risks undertaken during this litigation, including the risk of losing.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 29, 2018.

       /s/ Obadiah N. Ritchey_____
       Obadiah N. Ritchey