UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| VICKI LINNEMAN, et al. | : | Case No. 1:15-cv-748 |
| | : | |
| Plaintiffs, | : | (Judge Susan J. Dlott) |
| | : | (Magistrate Judge Stephanie K. Bowman) |
| vs. | : | |
| | : | |
| VITA-MIX CORPORATION, et al. | : | |
| | : | |
| Defendants. | : | |

## ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE MEMORANDUM IN EXCESS OF TWENTY PAGE LIMITATION

Upon the consideration of Defendants' Motion for Leave to File Memorandum in Excess of Twenty Page Limitation, it is this 23rd day of February, 2018, hereby:

ORDERED that the Motion is GRANTED; it is further

ORDERED, that Defendants' Memorandum in Opposition to Plaintiffs' Motion for Attorneys' Fees, Costs, and Class Representative Service Awards is limited to ~~forty (40) pages~~ 25 pages.

Susan J. Dlott
Judge, U.S. District Court

DMS/10898379v.1