UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| **Vicki Linneman, et al.,** ) | |
| Plaintiffs, ) | |
| v. ) | No. 1:15-cv-748 |
| ) | |
| **Vita-Mix Corp., et al.,** ) | |
| Defendants. ) | |
| ) | |

**AMENDMENT TO OBJECTION TO CLASS ACTION SETTLEMENT AND REQUEST FOR ATTORNEYS' FEES**

Class members Jon Lorenzo and Franklin DeJulius hereby file this amendment to their Objection in order to make complete the disclosure of Attorney Cochran's prior objections during the past five years.

**II. Objectors Object to the Requirement that Their Counsel Provide Information Regarding Prior Objections.**

Without waiving their objection to the requirement that their counsel identify his prior objections filed on behalf of unrelated parties during a five year period, which has no relationship to the merits of their objections or to them, Objectors state that Attorney Cochran has represented objectors to a class action settlement in the following cases during the past five years:

1. *In re NFL Concussion Injury Litig.*, No. 2:12-md-2323 (ED PA);

2. *In re Polyurethane Foam Antitrust Litig.*, No. 10-md-2196 (ND OH);

3. *Berry v. LexisNexis Risk & Information Analytics Grp., Inc.,* No. 3:11-cv00754 (E.D. Va. Nov. 22, 2013) (Doc. 104-7);

4. *Ehlers v. Restoration Hardware, Inc.*, Nos. 2:10-cv-1147, Nos. 2:11-cv0614 (S.D. Ohio Dec. 26, 2013) (Doc. 65);

5. *In re Foreign Bank Exchange Benchmark Rates Antitrust Litig.*, No 1:13- cv-07789[LGS] (S.D.N.Y. Feb. 6, 2018) (Doc. 963); - In re Foreign Bank Exchange Benchmark Rates Antitrust Litig., No 1:13-cv-07789[LGS] (S.D.N.Y. Apr. 23, 2018) (Doc. 1035 at 18);

6. *In re Hyundai & Kia Fuel Economy Litig.*, No. 2:13-ml-2424-GW (C.D. Cal. Mar. 5, 2015) (Doc. 417);

7. *In re Toyota Motor Corp. Unintended Acceleration Mktg., Sales Practices, & Prods. Liab. Litig.*, No. 8:10-ML 02151 (C.D. Cal. May 13, 2013) (Doc. 3625); and,

8. *Jones v. Pfizer, Inc.*, No. 1:10-cv-03864-AKH (S.D.N.Y. May 18, 2015) (Doc. 494).

    Respectfully submitted,
Jon Lorenzo and Franklin DeJulius,
By their attorney,

*/s/ Edward W. Cochran*
Edward W. Cochran (0032942)
 20030 Marchmont Rd.
Cleveland Ohio 44122
 (216) 751-5546
 edwardcochran@wowway.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed via the ECF filing system of the USDC for the SD OH on June 4, 2018, and that as a result electronic notice of the filing was served upon all attorneys of record.

*/s/ Edward W. Cochran*
Edward W. Cochran