UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| Vicki Linneman, et al., ) | |
|         Plaintiffs, ) | |
| v. ) | No. 1:15-cv-748 |
| ) | |
| Vita-Mix Corp., et al., ) | |
| Defendants. ) | |
| ) | |

**OBJECTOR KAMALA BENNETT'S AMENDMENT TO OBJECTION TO CLASS ACTION SETTLEMENT AND REQUEST FOR ATTORNEYS' FEES**

Class member Kamala Bennett hereby files this amendment to her Objection in order to make complete the disclosure of Attorney Vourlis' prior objections during the past five years and to provide additional information.

**I. Objector Objects to the Requirement that Her Counsel Provide Information Regarding Prior Objections.**

Without waiving their objection to the requirement that their counsel identify her prior objections filed on behalf of unrelated parties during a five year period, which has no relationship to the merits of their objections or to them, Objector states that Attorney Vourlis has represented objectors to a class action settlement in the following cases during the past five years:

(1) *Volz v. Coca-Cola Co.*, No. 1:10-cv-00879-MRB-SKB (S.D. Ohio) (Doc. 58 & 72);

(2) *In re Ford Motor Co. Spark Plug & Three Valve Engine Product Liability Litigation*, No. 1:12-MD-2316 (N.D. Ohio) (Doc. 111);

(3) *Williams v. Duke Energy Corporation*, No. 1:08- cv-00046-EAS-NMK (S.D. Ohio) (Doc. 255); and

(4) *Rikos v. Procter & Gamble Co.*, No. 1:11-cv-00226-TSB (S.D. Ohio) (Doc. 171).

## II.  Objector's Contact Information Was Provided When She Filed Her Claim

Although Objector's contact information was provided when she filed her claim, it is provided again as follows:

>Email: kamala@sentientlandscape.com

>Phone:  (707) 829-3655

## III.  Objector's Counsel's Phone Number was Provided in her Notice of Appearance

Although Objector's counsel's phone number was provided in her Notice of Appearance, it provided her again:

>Phone (614) 487-5900.

Dated:  June 5, 2018

By: /s/ Simina Vourlis
Simina Vourlis, Attorney
The Law Office of Simina Vourlis
856 Pullman Way
Columbus, OH 43212
Email:  svourlis@vourlislaw.com
Telephone: (614) 487-5900
Fax. (614-487-5901)

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was filed electronically via CM/ECF on the June 5, 2018 and served by the same means on all counsel of record.

/s/ Simina Vourlis