UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| VICKI LINNEMAN, *et al.*, | : | Case No. 1:15-cv-748 |
| | : | |
| Plaintiffs, | : | (Judge Susan J. Dlott) |
| | : | (Magistrate Judge Stephanie K. Bowman) |
| vs. | : | |
| | : | |
| VITA-MIX CORPORATION, *et al.*, | : | <u>PUTATIVE CLASS ACTION</u> |
| | : | |
| Defendants. | : | |
| | : | |

## <u>ORDER</u>

This matter having come before the Court upon the motion of Defendants Vita-Mix Corporation, Vita-Mix Management Corporation, and Vita-Mix Manufacturing Corporation ("Defendants") for Leave to File *Instanter* a Surreply in Further Opposition to Class Counsel's Motion for Attorneys' Fees ("Motion"). Before filing this motion, Defendants conferred with Class Counsel, who advised that they were not in a position at that time to agree to filing of the surreply. Having considered the Motion, the Court finds good cause to permit Defendants to file a surreply. Defendants' Motion is hereby **GRANTED**. The Clerk is hereby directed to file the surreply attached to Defendants' Motion with no further action required by the Parties.

**IT IS SO ORDERED**

_____
UNITED STATES DISTRICT JUDGE
Susan J. Dlott