UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| VICKI LINNEMAN, *et al.*, | : | CASE NO. 1:15-cv-748 |
| | : | |
| Plaintiffs, | : | Judge Susan J. Dlott |
| | : | |
| v. | : | Magistrate Judge Stephanie K. Bowman |
| | : | |
| VITA-MIX CORPORATION, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF APPEAL

Notice is hereby given that Defendants Vita-Mix Corporation, Vita-Mix Management Corporation, and Vita-Mix Manufacturing Corporation (collectively, "Defendants" or "Vita-Mix") appeal to the United States Court of Appeals for the Sixth Circuit from the Order Granting in Part Class Counsel's Motion for Attorneys' Fees, Costs, and Class Representative Awards entered in this action on June 25, 2019 (Doc. No. 155), from the Supplemental Order on Attorneys' Fees entered in this action on September 11, 2019 (Doc. No. 166), and from the Clerk's Judgment entered in this action on September 11, 2019 (Doc. No. 167).

    Respectfully submitted,

    */s/ Carolyn A. Taggart*
    Carolyn A. Taggart  (0027107)
      *Trial Attorney
    Porter Wright Morris & Arthur LLP
    250 East Fifth Street, Suite 2200
    Cincinnati, Ohio 45202-5118
    Phone:  (513) 369-4231
    Fax:     (513) 421-0991
    Email:  ctaggart@porterwright.com

Caroline H. Gentry (0066138)
Porter Wright Morris & Arthur LLP
One South Main Street, Suite 1600
Dayton, Ohio 45402-2028
Phone:  (937) 449-6748
Fax:  (937) 449-6820
Email:  cgentry@porterwright.com

Tracey L. Turnbull  (0066958)
Porter Wright Morris & Arthur LLP
950 Main Avenue, Suite 500
Cleveland, Ohio 44113
Phone:  (216) 443-9000
Fax:     (216) 443-9011
Email:  tturnbull@porterwright.com

Ryan L. Graham (0093826)
Porter Wright Morris & Arthur LLP
41 South High Street
Columbus, Ohio  43215
Phone:  (614) 227-2016
Fax:  (614) 227-2100
Email:  rgraham@porterwright.com

*Counsel for Defendants*

3

## CERTIFICATE OF SERVICE

I hereby certify that on October 9th, 2019, I electronically filed the foregoing with the Clerk of the United States District Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

                                                            */s/ Carolyn A. Taggart*
                                                            Counsel for Defendants