UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: October 15, 2019

Ms. Carolyn A. Taggart
Porter, Wright, Morris & Arthur
250 E. Fifth Street
Suite 2200
Cincinnati, OH 45202

Re:  Case No. 19-3993, *Vicki Linneman, et al v. Vita-Mix Corporation, et al*
      Originating Case No.  1:15-cv-00748

Dear Counsel,

   This appeal has been docketed as case number **19-3993** with the caption that is enclosed on a separate page.  The appellate case number and caption must appear on all filings submitted to the Court.  If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

   Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov.  If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately.  Your password for district court filings will not work in the appellate ECF system.

   At this stage of the appeal, the following forms should be downloaded from the web site and filed with the Clerk's office by **October 29, 2019**.  Additionally, the transcript order must be completed by that date.

NOTE:  Effective July 18, 2016, all attorneys must order transcript for appeal by using the CM/ECF docket entries.  The transcript order form used prior to that date will not be accepted after July 18.  For further information and instructions on ordering transcript electronically, please visit the court's website.

|            | Appearance of Counsel |
|---|---|
| Appellant: | Civil Appeal Statement of Parties & Issues |
|            | Disclosure of Corporate Affiliations |
|            | Application for Admission to 6th Circuit Bar (if applicable) |

       Appearance of Counsel
Appellee: Disclosure of Corporate Affiliations
       Application for Admission to 6th Circuit Bar (if applicable)

 More specific instructions are printed on each form. If appellant's initial forms are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution. If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

       Sincerely yours,

       s/Monica M. Page
       Case Manager
       Direct Dial No. 513-564-7021

cc: Mr. Andrew Biller
   Mr. Christopher P. Finney
   Mr. Jeffrey S. Goldenberg
   Mr. Justin C. Walker

Enclosure

OFFICIAL COURT OF APPEALS CAPTION FOR 19-3993

VICKI A. LINNEMAN, On behalf of themselves and those similarly situated; OBADIAH N. RITCHEY, On behalf of themselves and those similarly situated

      Plaintiffs - Appellees

v.

VITA-MIX CORPORATION; VITA-MIX MANAGEMENT CORPORATION; VITA-MIX MANUFACTURING CORPORATION

      Defendants - Appellants